## STARR *et al.* v. HAYGOOD.

No. 4526.   Opinion Filed April 11, 1916.

(156 Pac. 117.)

**APPEAL AND ERROR—Appeal Bond—Entry of Judgment.** Where supersedeas bond is filed, and on appeal to this court the judgment of the lower court is affirmed, on motion of defendant in error judgment will be entered in this court against the sureties on the appeal bond.

(Syllabus by the Court.)

*Error from County Court, Muskogee County; Thos. W. Leahy, Judge.*

On motion for judgment against sureties on supersedeas bond.   Motion sustained.

HARDY, J.   On appeal to this court from a judgment of the county court of Muskogee county supersedeas bond was filed, executed by plaintiffs in error, Burrell Starr and Mun Brown, as principals, and J. M. McLemore, as surety, to stay execution of said judgment.   On September 14, 1915, the judgment of the lower court was affirmed in an opinion by Brewer, C. (54 Okla. ——, 153

Pac. 1157), and defendant in error files motion for judgment against the surety on the supersedeas bond. The motion must be sustained. *Long v. Lang & Co.,* 49 Okla. 342, 152 Pac. 1078, and cases there cited.

Judgment was rendered in the trial court on June 3, 1912, in the sum of $75, and costs; and it is provided by section 1008, Rev. Laws 1910, that judgments shall bear interest at the rate of 6 per cent. per annum, except when otherwise specified.

Judgment will therefore be entered in this court against the surety on the appeal bond in the sum of $75, with interest thereon at the rate of 6 per cent. per annum from June 3, 1912, and for costs, for which execution may issue.

All the Justices concur.